CLERK'S OFFICE U.S. DIST COURT
AT DANVILLE, VA
FILED
JUN 10 2010
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KEVIN WAYNE YOPP, <br> Plaintiff, | Civil Action No. 7:09-cv-00402 |
| v. | By: Hon. Jackson L. Kiser <br> Senior United States District Judge |
| LYNCHBURG ADULT DETENTION CENTER, et al., <br> Defendant(s). | MEMORANDUM OPINION |

By Order entered June 2, 2010, the court directed plaintiff to pay the $350.00 filing fee after he was released from incarceration because he was no longer eligible to pay the filing fee via installments, pursuant to 28 U.S.C. § 1915. The court provided plaintiff seven days from that order to pay the filing fee. Plaintiff was advised that failing to pay the filing fee would result in the dismissal of the action without prejudice. More than seven days has elapsed, and plaintiff has failed to pay the filing fee. Accordingly, I dismiss the action without prejudice. Plaintiff may refile his claims in a new and separate action at a time of his choosing.

The Clerk is directed to send a copy of this memorandum opinion and accompanying order to plaintiff.

ENTER: This 10th day of June, 2010.

/s/ Jackson L. Kiser
Senior United States District Judge