CLERK'S OFFICE U.S. DIST COURT
AT DANVILLE, VA
FILED
for Roanoke
JUN 10 2010
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KEVIN WAYNE YOPP, <br>     Plaintiff, | Civil Action No. 7:09-cv-00402 |
| v. | By:    Hon. Jackson L. Kiser <br>         Senior United States District Judge |
| LYNCHBURG ADULT DETENTION <br>     CENTER, et al., <br>     Defendant(s). | **ORDER** |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that this case is **DISMISSED without prejudice** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 10th day of June, 2010.

/s/ Jackson L. Kiser
Senior United States District Judge